# United States Bankruptcy Court
## Middle District of North Carolina

In re <u>Charles & Jacquelyn Paterno</u>  Case No. <u>14-80278</u>
Debtors
Chapter 11 Case

## MONTHLY OPERATING REPORT

Month: <u>August 29 – September 29, 2014</u>   Date Filed: <u>October 21, 2014</u>
Line of Business: <u>n/a</u>   NAICS Code: <u>n/a</u>

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY
Charles Paterno
PRINTED NAME OF RESPONSIBLE PARTY

| QUESTIONNAIRE: (All questions to be answered on behalf of the debtor.) | YES | NO | |
|---|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☐ | ☐ | N/A |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ | |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ | N/A |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS IN TO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ | N/A |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐ | |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ | N/A |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ | |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ | N/A |
| 9. ARE YOU CURRENT ON YOUR CHAPTER 11 QUARTERLY FEE PAYMENT? | ☒ | ☐ | |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONAL THIS MONTH? | ☒ | ☐ | |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ | |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ | N/A |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ | |
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ | |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ | |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ | |
| 17. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ | |

**TAXES**
DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?

YES ☐   NO ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN
SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND
THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

**INCOME**
PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. A SUMMARY STATEMENT OF INCOME AND EXPENSES MAY
BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR.
**TOTAL INCOME** $21,706.59

*(Exhibit B)*

**SUMMARY OF CASH ON HAND**
Cash on Hand at Start of Month $7,688.57
Cash on Hand at End of Month $2,586.25
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU
**TOTAL** $2,586.25

**EXPENSES**
PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. A SUMMARY STATEMENT OF INCOME AND EXPENSES MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR.
**TOTAL EXPENSES** $26,808.91

*(Exhibit C)*

**CASH PROFIT**
INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B) $21,706.59
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C) $26,808.91
(Subtract Line C from Line B) **CASH PROFIT FOR THE MONTH** $-5,102.32

**UNPAID BILLS**
PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.
A SUMMARY STATEMENT OF ACCOUNTS PAYABLE, WITH AGEING INFORMATION, MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR. ALL UNPAID NON-TRADE PAYABLES MUST BE LISTED SEPARATELY, IN DETAIL.
**TOTAL PAYABLES** $4,988.13

*(Exhibit D)*

**MONEY OWED TO YOU**
PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. A SUMMARY STATEMENT OF ACCOUNTS RECEIVABLE, WITH AGEING INFORMATION, MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR. ALL UNPAID NON-TRADE RECEIVABLES MUST BE LISTED SEPARATELY, IN DETAIL.
**TOTAL RECEIVABLES** $0

*(Exhibit E)*

**BANKING INFORMATION**
PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.
_____
_____

*(Exhibit F)*

**EMPLOYEES**
NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? N/A
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? N/A
**PROFESSIONAL FEES**
*BANKRUPTCY* RELATED:
PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $2,000.00
TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $16,000.00
*NON-BANKRUPTCY* RELATED:
PROFESSIONAL FEES PAID NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $0.00
TOTAL PROFESSIONAL FEES PAID NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THIS CASE? $2,000.00

**ADDITIONAL INFORMATION**
(1) PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT, BALANCE SHEET, STATEMENT OF CASH FLOWS, AND STATEMENT OF SHAREHOLDERS/PARTNER'S EQUITY WHICH YOU PREPARE INTERNALLY.
(2) PLEASE ADD ANY INFORMATION, SUCH AS A REPORT OF ACTIVITIES, WHICH WOULD ASSIST A REASONABLY INFORMED REVIEWER TO FULLY UNDERSTAND THE STATUS OF THIS BANKRUPTCY CASE

# INDEX TO SEPTEMBER 2014 MONTHLY REPORT

| | |
|---|---|
| EXHIBIT A | NONE |
| EXHIBIT B | STATEMENT OF INCOME AND EXPENSES |
| EXHIBIT C | SAME AS EXHIBIT B |
| EXHIBIT D | LIST OF UNPAID BILLS |
| EXHIBIT E | NONE |
| EXHIBIT F | BANK STATEMENTS |

.

# EXHIBIT B

BB&T Acct Ending 6868                    DEBTOR IN POSSESSION ACCOUNT SUMMARY
Income and Expense Report August 29, 2015 - September 29, 2014

| | | | Cash Activity | Total | |
|---|---|---|---|---|---|
| **Balance as of August 28, 2014** | $ | 7,688.57 | | $ | 7,688.57 |
| **Income/Deposits:** | | | | | |
| Pension | $ | 6,601.81 | | $ | 6,601.81 |
| Rental Income | $ | 6,565.88 | | $ | 6,565.88 |
| Dividends | $ | 340.40 | | $ | 340.40 |
| Reimbursements | $ | 861.50 | | $ | 861.50 |
| Tax Refund | $ | 7,337.00 | | $ | 7,337.00 |
| **Total** | $ | 29,395.16 | | $ | 29,395.16 |
| **Expenses:** | | | | | |
| **Auto and Transportation** | | | | | |
|     Lease Payment | $ | 450.00 | | $ | 450.00 |
|     Gas & Fuel | $ | 771.60 | | $ | 771.60 |
|     Service and Parts | | | $ 165.00 | $ | 165.00 |
|     Insurance | $ | 64.97 | | $ | 64.97 |
|     Registration | $ | - | | $ | - |
| **Bills and Utilities** | | | | $ | - |
|     Internet & Cable | $ | 20.00 | | $ | 20.00 |
|     Mobile Phones | $ | 466.41 | | $ | 466.41 |
|     Pest Control | | | | $ | - |
|     Water | | | | $ | - |
|     Natural Gas | | | | $ | - |
|     Telephone | | | | $ | - |
|     Electric | $ | 197.00 | | $ | 197.00 |
| **Education for Dependents** | | | | $ | - |
|     Tuition | $ | 5,194.00 | | $ | 5,194.00 |
|     Housing | $ | 428.00 | | $ | 428.00 |
|     Food | | | $ 260.00 | $ | 260.00 |
|     Utilities | | | | $ | - |
|     Transportation | | | $ 172.50 | | |
|     Student Loan | | | | $ | - |
|     Allowance | $ | 150.00 | | $ | 150.00 |
|     Activities | $ | 208.00 | | | |
| **Entertainment** | | | | | |
|     Movies & CDs | | | | $ | - |
|     Newspaper & Magazines | | | $ 7.00 | $ | 7.00 |
|     Miscellaneous | $ | 8.00 | | | |

| Income/Deposits: | | | Cash Activity | Total |
|---|---|---|---|---|
| **Fees & Charges** | | | | $ - |
|     Bank Fee | $ | 108.00 | | |
|     Other Fee | | | | $ - |
| **Financial** | | | | $ - |
|     Life Insurance | $ | 952.50 | | $ 952.50 |
| **Food & Dining** | | | | $ - |
|     Fast Food | $ | 55.68 | $ 65.00 | $ 120.68 |
|     Groceries | $ | 972.22 | | $ 972.22 |
|     Restaurants | $ | 386.20 | | $ 386.20 |
| **Health & Fitness** | | | | $ - |
|     Doctor | $ | 791.00 | | $ 791.00 |
|     Pharmacy | | | | $ - |
|     Medical/Dental Ins. | $ | 689.87 | | $ 689.87 |
|     Other Fee | $ | 75.59 | | $ 75.59 |
| **Home** | | | | $ - |
|     Mortgage | | | | $ - |
|     Escrow | | | | $ - |
|     Maintenance | $ | 200.00 | | $ 200.00 |
|     HOA | $ | 230.00 | | $ 230.00 |
|     Umbrella Insurance | | | | $ - |
| **Personal Care** | | | | $ - |
|     Hair | $ | 244.00 | $ 35.00 | $ 279.00 |
|     Laundry | | | | $ - |
|     Other Fee | | | | $ - |
| **Pets** | | | | $ - |
|     Grooming | | | | $ - |
|     Animal Tax | | | | $ - |
|     Vet Bills | $ | 213.42 | | $ 213.42 |
| **Professional & Legal** | | | | $ - |
|     Bankrupcy | $ | 2,000.00 | | $ 2,000.00 |
|     CPA | | | | $ - |
|     Business Expenses | $ | 81.38 | 23.00 | $ 104.38 |
| **Shopping** | | | | $ - |
|     Clothing | $ | 147.86 | | $ 147.86 |
|     Gifts | | | | $ - |
|     Miscellaneous | $ | 180.74 | | |
| **Rental Expenses** | | | | $ - |
|     Utilities | $ | 1,178.86 | | $ 1,178.86 |
|     Cable | $ | 126.74 | | $ 126.74 |
|     Communication | | | | $ - |
|     Tax | | | | $ - |
|     Mortgage(s) | | | | $ - |
|     Misc | | | | $ - |
|     HOA | $ | 769.00 | | $ 769.00 |

| Income/Deposits: | | | Cash Activity | Total |
|---|---|---|---|---|
| **Misc Expenses** | | | | $ - |
|     Church Tithe | $ | 20.00 | | $ 20.00 |
|     Travel/Parking | $ | 1,004.88 | | $ 1,004.88 |
|     Moving Expenses | $ | 2,812.99 | $ 4,882.50 | $ 7,695.49 |
| **Total Expenses** | $ | 21,198.91 | $ 5,610.00 | $ 26,808.91 |

**Balance in DIP Account as of September 29, 2014**      $ 2,586.25

# EXHIBIT D

## LIST OF UNPAID BILLS

| Date Debt Incurred | Payee | Purpose of Debt | Amount Owed as of 9/29/2014 | Due Date |
|---|---|---|---|---|
| 6/30/2014 | Law Office of James C. White, PC | Attorneys' Fees | 4,988.13 | 9/4/2014 (date court approved fee application) |
|  |  |  |  |  |

# EXHIBIT F




115-02-01-00 13902 0 C 001 18 50 002
CHARLES F PATERNO
JACQUELYN N PATERNO
14-80278- CHAPTER 11
PO BOX 16103
CHAPEL HILL NC 27516-6103

# Your account statement
For 09/29/2014

**Contact us**

 BBT.com

 (800) BANK-BBT or (800) 226-5228

## Now It's Personal.
## Your Card, Your Style!

A BB&T Debit Card is the best way to pay with a little more personality. We are excited to announce that you can now personalize your debit card! Upload an image from your personal photo album, choose from more than 140 images in our online gallery or add a personal photo ID image for an extra layer of security. You can also select a horizontal or vertical card layout for any design.

Enjoy all the great benefits of a BB&T Debit Card-with a personal touch.
- Pay for purchases big and small at millions of retailers nationwide
- Access your money at more than 2,400 BB&T ATMs and most other ATMs
- Set up cell phone bills, utilities and other recurring payments on your BB&T Debit Card to pay monthly bills faster and easier
- Enjoy a safe and secure way to pay with BB&T Zero Liability*

Get started at BBT.com/CardDesign or visit a BB&T financial center today.

*BB&T Zero Liability provides 100% reimbursement for most unauthorized transactions made with a lost or stolen BB&T Debit Card. See the Electronic Fund Transfer Agreement and Disclosures for details.

Fees and restrictions may apply. BB&T, Member FDIC.

## ■ BRIGHT BANKING · 6868

### Account summary

| | |
|---|---|
| Your previous balance as of 08/28/2014 | $7,688.57 |
| Checks | - 12,187.58 |
| Other withdrawals, debits and service charges | - 14,621.33 |
| Deposits, credits and interest | + 21,706.59 |
| Your new balance as of 09/29/2014 | = $2,586.25 |

Average Posted Balance in Statement Cycle   $6,356.00

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 09/03 | | 900.00 | 09/05 | 1075 | 200.00 | 09/19 | 1083 | 94.00 |
| 09/15 | * | 650.00 | 08/29 | 1076 | 150.00 | 09/25 | 1084 | 20.00 |
| 09/18 | * | 2,000.00 | 09/02 | 1077 | 60.00 | 09/08 | *880005 | 125.00 |
| 09/23 | * | 1,500.00 | 09/11 | 1078 | 769.00 | 09/10 | 880006 | 299.61 |
| 09/12 | *1072 | 2,000.00 | 09/12 | 1079 | 40.00 | 09/10 | 880007 | 22.00 |
| 09/02 | 1073 | 450.00 | 09/22 | 1080 | 1,050.00 | 09/16 | 880008 | 323.00 |
| 09/08 | 1074 | 428.00 | 09/16 | *1082 | 208.00 | 09/18 | 880009 | 105.00 |

*continued*

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 09/03 | *985016 | 375.00 | 09/16 | *985019 | 64.97 | 09/16 | *985022 | 354.00 |

* indicates a skip in sequential check numbers above this item                                  Total checks         = $12,187.58

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/29 | BB&T CHECK CARD PURCHASE-PIN 08-28-14 BENSON    NC 7715 SHELL SERVICE STATION | 70.43 |
| 08/29 | BB&T CHECK CARD PURCHASE STRICK'S LP GAS 08-28 910-675-1944  NC 7715 | 336.15 |
| 08/29 | BB&T CHECK CARD PURCHASE MCDONALD'S F30936 08-28 BENSON   NC 7715 | 6.07 |
| 08/29 | BB&T CHECK CARD PURCHASE-PIN 08-29-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL  NC | 75.13 |
| 09/02 | BB&T ONLINE BILL PAYMENT ONLINE PMT DUKEENERGY SC/NC CKF498301218POS | 411.10 |
| 09/02 | BB&T CHECK CARD PURCHASE VZWRLSS*IVR VE 08-30 800-922-0204   NJ 7715 | 255.83 |
| 09/02 | BB&T CHECK CARD PURCHASE DAIRY QUEEN 959000 08-29 BLACKSBURG    SC 3440 | 8.35 |
| 09/02 | BB&T CHECK CARD PURCHASE-PIN 08-29-14 BLACKSBURG   SC 7715 WILCO #905 | 40.05 |
| 09/02 | BB&T CHECK CARD PURCHASE-PIN 09-01-14 BLACKSBURG BP   7715 901 N MOUNTAI BLACKSBURG SC | 31.84 |
| 09/02 | BB&T CHECK CARD PURCHASE-PIN 09-01-14 HARRIS TEETER   3440 116 W BARBEE CHAPEL HILL  NC | 39.08 |
| 09/02 | BB&T CHECK CARD PURCHASE SQ *TRU 09-01 Chapel Hill   NC 7715 | 10.00 |
| 09/02 | BB&T CHECK CARD PURCHASE-PIN 09-02-14 KROGER    3440 3420 WATKINS  DURHAM    NC | 43.04 |
| 09/02 | INTERNET PAYMENT stu accts  UVA Student Bill 343383652 | 5,194.00 |
| 09/03 | BB&T CHECK CARD PURCHASE GOOGLE *SVCSAPPS_C 09-02 CC@GOOGLE.COM  CA 7715 | 20.00 |
| 09/03 | BB&T CHECK CARD PURCHASE CAFE CAROLINA MEAD 09-02 CHAPEL HILL   NC 7715 | 18.16 |
| 09/03 | BB&T CHECK CARD PURCHASE-PIN 09-02-14 HARRIS TEETER   7715 116 W BARBEE  CHAPEL HILL  NC | 30.41 |
| 09/03 | BB&T CHECK CARD PURCHASE-PIN 09-03-14 WILLIAMS-SONOMA  3440 6910 FAYETTEV DURHAM NC | 42.95 |
| 09/04 | BB&T CHECK CARD PURCHASE HIGH MEADOWS INN 09-02 SCOTTSVILLE   VA 7715 | 821.70 |
| 09/04 | BB&T CHECK CARD PURCHASE-PIN 09-03-14 CHAPEL HILL   NC 3440 BURLINGTON SHOE 0228 | 42.98 |
| 09/04 | BB&T CHECK CARD PURCHASE STRICK'S LP GAS 09-03 910-675-1944   NC 7715 | 110.00 |
| 09/04 | BB&T CHECK CARD PURCHASE-PIN 09-03-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL NC | 66.29 |
| 09/04 | BB&T CHECK CARD PURCHASE-PIN 09-04-14 HARRIS TEETER   7715 1940 EASTWOOD WILMINGTON NC | 63.73 |
| 09/05 | BB&T CHECK CARD PURCHASE SCOTCHMAN #3129 09-04 WILMINGTON   NC 7715 | 70.06 |
| 09/05 | BB&T CHECK CARD PURCHASE-PIN 09-04-14 RALEIGH     NC 3440 BELK CRABTREE 4325 GLEN | 23.90 |
| 09/05 | BB&T CHECK CARD PURCHASE-PIN 09-04-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL NC | 34.95 |
| 09/08 | BB&T CHECK CARD PURCHASE BOB EVANS REST #04 09-05 RALEIGH    NC 7715 | 4.50 |
| 09/08 | BB&T CHECK CARD PURCHASE-PIN 09-05-14 BLACKSBURG   SC 7715 WILCO #905 | 59.95 |
| 09/08 | BB&T CHECK CARD PURCHASE-PIN 09-05-14 GREENVILLE   SC 7715 ACADEMY LTD | 137.79 |
| 09/08 | BB&T CHECK CARD PURCHASE-PIN 09-06-14 CLEMSON     SC 7715 BI-LO GROCERY # 501 OLD | 84.07 |
| 09/08 | BB&T CHECK CARD PURCHASE RED MINNOW DINNER 09-06 CENTRAL     SC 7715 | 91.00 |
| 09/08 | BB&T CHECK CARD PURCHASE-PIN 09-07-14 EASLEY    SC 7715 QUIKTRIP | 15.59 |
| 09/08 | BB&T CHECK CARD PURCHASE HARRIS TEETER #012 09-07 CHAPEL HILL   NC 3440 | 7.58 |
| 09/08 | BB&T CHECK CARD PURCHASE SQ *TRU 09-07 Chapel Hill   NC 7715 | 6.00 |
| 09/08 | RECURRING INTERNET PAYMENT IND DRAFT BLUES OF NC 300559024 | 125.00 |
| 09/09 | BB&T ONLINE BILL PAYMENT ONLINE PMT TIME WARNER CKF498301218POS | 126.74 |
| 09/09 | BB&T CHECK CARD PURCHASE THE UPS STORE 6209 09-08 CHAPEL HILL   NC 7715 | 8.40 |
| 09/09 | BB&T CHECK CARD PURCHASE CAFE CAROLINA MEAD 09-08 CHAPEL HILL   NC 7715 | 4.34 |
| 09/09 | BB&T CHECK CARD PURCHASE-PIN 09-08-14 HILLSBOROUGH NC 7715 WEAVER STREET MARKET | 30.74 |
| 09/09 | BB&T CHECK CARD PURCHASE-PIN 09-08-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL NC | 50.41 |
| 09/10 | BB&T CHECK CARD PURCHASE MENSCUTS 09-08 CHAPEL HILL   NC 7715 | 39.00 |
| 09/10 | BB&T CHECK CARD PURCHASE-PIN 09-09-14 DURHAM      NC 3440 THE HOME DEPOT 3620 | 18.43 |
| 09/10 | BB&T CHECK CARD PURCHASE UNCHC 410 MARKET S 09-09 CHAPEL HILL   NC 7715 | 20.00 |
| 09/10 | BB&T CHECK CARD PURCHASE-PIN 09-10-14 KROGER    3440 3420 WATKINS  DURHAM    NC | 25.73 |
| 09/11 | BB&T CHECK CARD PURCHASE QUALITY MART 1401 09-09 LEXINGTON    NC 7715 | 67.54 |
| 09/11 | BB&T ONLINE BILL PAYMENT ONLINE PMT DUKE POWER CKF498301218POS | 197.00 |
| 09/11 | BB&T CHECK CARD PURCHASE ROOSTERS WOOD-FIRE 09-09 CHARLOTTE   NC 7715 | 63.00 |
| 09/11 | BB&T CHECK CARD PURCHASE CORPORATE CENTER G 09-09 CHARLOTTE   NC 7715 | 5.00 |
| 09/11 | BB&T CHECK CARD PURCHASE QUALITY INN & SUIT 09-10 704-3935306   NC 7715 | 61.20 |
| 09/11 | BB&T 24 CASH WITHDRAWAL 09-10-14         7715 IRBY STREET FLORENCE SC | 60.00 |

*continued*



## ■ BRIGHT BANKING 0005203986868 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 09/11 | BB&T CHECK CARD PURCHASE-PIN 09-11-14 CRUIZERS #16   7715 4706 NC HIGHW DURHAM NC | 20.03 |
| 09/12 | BB&T CHECK CARD PURCHASE MCDONALD'S F11232 09-10 BLYTHEWOOD    SC 7715 | 5.60 |
| 09/12 | BB&T CHECK CARD PURCHASE WENDY'S 5551 09-11 FLORENCE     SC 7715 | 7.47 |
| 09/12 | BB&T CHECK CARD PURCHASE-PIN 09-12-14 CRUIZERS #40   7715 1010 RALEIGH  CHAPEL HILL  NC | 20.42 |
| 09/15 | BB&T CHECK CARD PURCHASE QUALITY INN & SUIT 09-11 FLORENCE    SC 7715 | 116.98 |
| 09/15 | BB&T CHECK CARD PURCHASE ALOFT WXYZ 09-12 CHAPEL HILL    NC 7715 | 7.53 |
| 09/15 | BB&T CHECK CARD PURCHASE FARRELLS LAKESIDE 09-13 CHAPEL HILL    NC 7715 | 20.00 |
| 09/15 | BB&T CHECK CARD PURCHASE-PIN 09-13-14 CIAOBELLA PIZZA  7715 1716 FARRINGT CHAPEL HILL NC | 3.20 |
| 09/15 | BB&T CHECK CARD PURCHASE-PIN 09-13-14 DURHAM    NC 3440 THE HOME DEPOT 3620 | 31.20 |
| 09/15 | BB&T CHECK CARD PURCHASE TOBACCO ROAD SPORT 09-13 CHAPEL HILL    NC 7715 | 7.00 |
| 09/15 | BB&T CHECK CARD PURCHASE-PIN 09-13-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL  NC | 14.28 |
| 09/15 | BB&T CHECK CARD PURCHASE TOBACCO ROAD SPORT 09-13 CHAPEL HILL    NC 7715 | 20.24 |
| 09/15 | BB&T CHECK CARD PURCHASE-PIN 09-14-14 HARRIS TEETER   7715 116 W BARBEE  CHAPEL HILL  NC | 9.94 |
| 09/15 | BB&T CHECK CARD PURCHASE PAPA JOHN'S #04382 09-15 919-968-7272    NC 7715 | 24.01 |
| 09/15 | BB&T CHECK CARD PURCHASE-PIN 09-14-14 DURHAM    NC 3440 THE HOME DEPOT 3620 | 9.21 |
| 09/15 | BB&T 24 CASH WITHDRAWAL 09-14-14    7715 DURHAM-HOPE VALLEY DURHAM NC | 500.00 |
| 09/15 | BB&T CHECK CARD PURCHASE-PIN 09-14-14 FARRELL'S BP   7715 1718 FARRINGT CHAPEL HILL  NC | 11.04 |
| 09/15 | BB&T CHECK CARD PURCHASE K & W CAFETERIAS # 09-15 CHAPEL HILL    NC 7715 | 18.26 |
| 09/15 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 09/16 | BB&T CHECK CARD PURCHASE COMFORT INN UNIVER 09-14 DURHAM     NC 7715 | 80.70 |
| 09/16 | BB&T CHECK CARD PURCHASE-PIN 09-15-14 CHAPEL HILL    NC 7715 LOWE'S #487 | 5.03 |
| 09/16 | BB&T CHECK CARD PURCHASE-PIN 09-15-14 EAST FRANKLIN CA 7715 1710 EAST FRA CHAPEL HILL NC | 74.63 |
| 09/16 | BB&T CHECK CARD PURCHASE HARRIS TEETER #012 09-15 CHAPEL HILL    NC 7715 | 6.98 |
| 09/16 | RETURNED ITEM FEE ($36/ITEM) | 72.00 |
| 09/16 | BB&T CHECK CARD PURCHASE-PIN 09-16-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL  NC | 34.00 |
| 09/16 | BB&T CHECK CARD PURCHASE-PIN 09-16-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL  NC | 16.47 |
| 09/17 | BB&T CHECK CARD PURCHASE FARRELLS LAKESIDE 09-15 CHAPEL HILL    NC 7715 | 85.38 |
| 09/17 | BB&T CHECK CARD PURCHASE CHATHAM LAND SELF 09-15 CHAPEL HILL    NC 7715 | 414.62 |
| 09/17 | BB&T CHECK CARD PURCHASE-PIN 09-16-14 DURHAM    NC 3440 THE HOME DEPOT 3620 | 13.08 |
| 09/17 | BB&T CHECK CARD PURCHASE-PIN 09-16-14 DURHAM    NC 7715 THE HOME DEPOT 3620 | 34.57 |
| 09/17 | BB&T CHECK CARD PURCHASE-PIN 09-16-14 KANGAROO EXP #31 3440 2229 HWY 54 E CHAPEL HILL  NC | 34.02 |
| 09/17 | BB&T CHECK CARD PURCHASE-PIN 09-17-14 ABERDEEN    NC 7715 WILCO #229 | 65.43 |
| 09/18 | BB&T CHECK CARD PURCHASE SLEEP INN 09-16 DURHAM     NC 7715 | 86.25 |
| 09/18 | BB&T CHECK CARD PURCHASE MELLOW MUSHROOM 09-17 FLORENCE     SC 7715 | 33.00 |
| 09/18 | BB&T CHECK CARD PURCHASE-PIN 09-17-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL  NC | 16.77 |
| 09/18 | BB&T CHECK CARD PURCHASE-PIN 09-18-14 EXXONMOBIL    7715 PEDRO'S SOUTH HAMER     SC | 30.47 |
| 09/19 | BB&T CHECK CARD PURCHASE-PIN 09-18-14 DURHAM    NC 3440 BELK SOUTHPOINT 6910 FA | 205.00 |
| 09/19 | BB&T CHECK CARD PURCHASE-PIN 09-18-14 DURHAM    NC 3440 THE HOME DEPOT 3620 | 8.71 |
| 09/19 | BB&T CHECK CARD PURCHASE-PIN 09-18-14 HARRIS TEETER   3440 116 W BARBEE  CHAPEL HILL  NC | 15.03 |
| 09/19 | BB&T CHECK CARD PURCHASE BABYMOON CAFE 09-18 MORRISVILLE    NC 7715 | 35.33 |
| 09/19 | BB&T CHECK CARD PURCHASE-PIN 09-19-14 HARRIS TEETER   7715 116 W BARBEE  CHAPEL HILL  NC | 66.00 |
| 09/19 | TELEPHONE PAYMENT BILL PYMNT ACHIVR VISB 9290233 | 210.58 |
| 09/22 | BB&T CHECK CARD PURCHASE SLEEP INN 09-18 DURHAM     NC 3440 | 91.64 |
| 09/22 | BB&T CHECK CARD PURCHASE QUALITY INN & SUIT 09-18 FLORENCE    SC 7715 | 118.06 |
| 09/22 | BB&T CHECK CARD PURCHASE ALOFT WXYZ 09-19 CHAPEL HILL    NC 7715 | 7.53 |
| 09/22 | BB&T CHECK CARD PURCHASE THE UPS STORE 6209 09-19 CHAPEL HILL    NC 7715 | 11.37 |
| 09/22 | BB&T CHECK CARD PURCHASE-PIN 09-20-14 WAL-MART SUPER C 7715 4250 WAL-SAMS MORRISVILLE  NC | 27.86 |
| 09/22 | BB&T CHECK CARD PURCHASE SLEEP INN 09-20 DURHAM     NC 7715 | 70.07 |
| 09/22 | BB&T CHECK CARD PURCHASE-PIN 09-20-14 MULLINS    SC 3440 BI-LO GROCERY # 208 E M | 59.62 |

*continued*

■ BRIGHT BANKING　　　　　6868 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/22 | BB&T CHECK CARD PURCHASE-PIN 09-21-14 KANGAROO EXP #32 7715 200 E MCINTYR MULLINS SC | 59.96 |
| 09/22 | BB&T CHECK CARD PURCHASE-PIN 09-21-14 MULLINS    SC 3440 BI-LO GROCERY # 208 E M | 5.85 |
| 09/22 | BB&T CHECK CARD PURCHASE-PIN 09-21-14 FLORENCE    SC 7715 RACK ROOM SHOES #0109 | 80.98 |
| 09/22 | BB&T CHECK CARD PURCHASE-PIN 09-21-14 HARRIS TEETER   3440 1930 W PALMET FLORENCE SC | 11.25 |
| 09/23 | BB&T CHECK CARD PURCHASE MAGNOLIA ON MAIN 09-22 BENNETTSVILLE  SC 7715 | 16.17 |
| 09/23 | BB&T CHECK CARD PURCHASE-PIN 09-22-14 MARION    SC 7715 MARION ANIMAL HOSPITAL | 90.25 |
| 09/23 | BB&T CHECK CARD PURCHASE-PIN 09-22-14 MULLINS    SC 3440 BI-LO GROCERY # 208 E M | 20.39 |
| 09/23 | BB&T CHECK CARD PURCHASE-PIN 09-22-14 MULLINS    SC 3440 BI-LO GROCERY # 208 E M | 16.83 |
| 09/23 | BB&T CHECK CARD PURCHASE-PIN 09-23-14 FOOD LION #1597  3440 1318 N MAIN S MARION SC | 52.58 |
| 09/23 | TELEPHONE PAYMENT CSR Pay   West Coast Life 000000537016819 | 577.50 |
| 09/24 | BB&T CHECK CARD PURCHASE EXPEDIA*SA*SALES F 09-23 866-468-9473   WA 7715 | 383.82 |
| 09/24 | BB&T CHECK CARD PURCHASE-PIN 09-24-14 EAST FRANKLIN CA 7715 1710 EAST FRA CHAPEL HILL NC | 71.29 |
| 09/24 | INTERNET PAYMENT IND DRAFT  BLUES OF NC 301374103 | 564.87 |
| 09/25 | BB&T CHECK CARD PURCHASE-PIN 09-25-14 EXXONMOBIL    7715 PEDRO'S SOUTH HAMER    SC | 39.89 |
| 09/25 | BB&T CHECK CARD PURCHASE-PIN 09-25-14 RADIO SHACK    7715 1906 E HIGHWA MARION    SC | 75.59 |
| 09/26 | BB&T CHECK CARD PURCHASE QUALITY INN CHAPEL 09-24 CHAPEL HILL   NC 7715 | 105.88 |
| 09/26 | BB&T CHECK CARD PURCHASE FALCONBRIDGE ANIMA 09-24 DURHAM    NC 7715 | 123.17 |
| 09/26 | BB&T CHECK CARD PURCHASE BRIXX-CHAPEL HILL 09-24 CHAPEL HILL    NC 7715 | 32.00 |
| 09/26 | BB&T CHECK CARD PURCHASE MCDONALD'S F7182 09-25 CHAPEL HILL    NC 7715 | 4.49 |
| 09/29 | BB&T CHECK CARD PURCHASE QUALITY INN CHAPEL 09-25 CHAPEL HILL    NC 7715 | 60.27 |
| 09/29 | BB&T CHECK CARD PURCHASE HARDEES 150405 09-26 RICHMOND HILL  GA 3440 | 8.63 |
| 09/29 | BB&T CHECK CARD PURCHASE-PIN 09-26-14 THE UPS STORE #5 7715 13100 HWY 144 RICHMOND HILL GA | 55.70 |
| 09/29 | BB&T CHECK CARD PURCHASE JUMPING JACKS 09-27 SAVANNAH    GA 3440 | 8.00 |
| 09/29 | BB&T CHECK CARD PURCHASE-PIN 09-27-14 PUBLIX    7715 12800 HWY 144 RICHMOND HILL GA | 62.24 |
| 09/29 | BB&T CHECK CARD PURCHASE-PIN 09-29-14 THE UPS STORE #5 7715 13100 HWY 144 RICHMOND HILL GA | 5.91 |
| **Total other withdrawals, debits and service charges** | | **= $14,621.33** |

### Overdraft and Returned Item Fees

| | TOTAL THIS STATEMENT PERIOD($) | TOTAL YEAR-TO-DATE ($) |
|---|---|---|
| Total Overdraft Fees | 36.00 | 36.00 |
| Total Returned Item Fees | 72.00 | 72.00 |
| Refunds for Overdraft/Returned Item Fees | 36.00 | 36.00 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/29 | BB&T CHECK CARD RETURN STRICK'S LP GAS 08-28 CASTLE HAYNE   NC 7715 | 64.44 |
| 08/29 | PAYMENT   SONOCO PRODUCTS O4B3 PATERNO CHARLES F | 2,627.10 |
| 08/29 | PAYMENT   SONOCO PRODUCTS O4B3 PATERNO CHARLES F | 3,974.71 |
| 09/03 | COUNTER DEPOSIT | 287.00 |
| 09/03 | COUNTER DEPOSIT | 761.06 |
| 09/08 | COUNTER DEPOSIT | 53.40 |
| 09/10 | ACH    INTRACOASTAL REA EEZE PATERNO, CHARLES | 75.88 |
| 09/15 | OWNER RENT PALMETTO VACATIO JACQUELYN PATERNO | 6,490.00 |
| 09/15 | BB&T 24 CHECK DEPOSIT 09-14-14 17:23 A149 DURHAM-HOPE VALLEY DURHAM NC | 7,337.00 |
| 09/16 | OVERDRAFT FEE REFUND | 36.00 |
| **Total deposits, credits and interest** | | **= $21,706.59** |

### BB&T Cash Rewards

| ACCOUNT NUMBER ENDING | STATUS | AS OF | EARNED BALANCE($) |
|---|---|---|---|
| *********6868 | Active | 00/00 | |

Logon to BB&T OnLine to find the latest cash back offers from participating retailers.



# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:
   BB&T Liability Risk Management
   P.O. Box 996
   Wilson, NC 27894-0996
You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important Information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary
**In case of errors or questions about your Constant Credit statement**
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:
   BankCard Services Division
   P.O. Box 200
   Wilson, NC 27894-0200
We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. **Please do not send cash.**

### Change of address
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | | |